**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CAROLYN DECHAINE,

    Plaintiff,

v.                                No. 1:23-cv-1134 KRS/LF

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER TO NOTIFY COURT

THIS MATTER is before the Court *sua sponte* on review of the record.  On December 20, 2023, Defendant filed a Motion to Dismiss this case pursuant to Fed. R. Civ. P. 12(b)(6).  (Doc. 3).  The Motion to Dismiss does not state whether it is opposed or that Defendant made a good-faith request for concurrence.  *See* D.N.M. LR-Civ. 7.1(a) ("Movant must determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied.").  In addition, no response to the Motion to Dismiss has been filed and the time for doing so has passed, and Defendant has not filed a Notice of Completion of Briefing.  Accordingly, the parties shall file a notice with the Court **by January 19, 2024** as to whether Defendant's Motion to Dismiss is ready for ruling.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent