## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CAROLYN DECHAINE,

      Plaintiff,

v.                                                                    No. 1:23-cv-1134 KRS/LF

LIBERTY MUTUAL INSURANCE COMPANY,

      Defendant.

### ORDER GRANTING MOTION FOR LEAVE TO AMEND

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Amend, (Doc. 19),

filed April 22, 2024.  Defendant has not filed a response and the time for doing so has passed,

which constitutes consent to grant the Motion.  *See* D.N.M. LR-Civ. 7.1(b) ("The failure of a

party to file and serve a response in opposition to a motion within the time prescribed for doing

so constitutes consent to grant the motion.").  Having considered Plaintiff's Motion for Leave to

Amend, (Doc. 19), the record of the case, and relevant law, the Court finds the Motion is well-

taken and is GRANTED.  Plaintiff may file the First Amended Complaint attached at Doc. 19-1

**no later than May 17, 2024**.

      IT IS SO ORDERED.

                            _____
                            KEVIN R. SWEAZEA
                            UNITED STATES MAGISTRATE JUDGE
                            Presiding by Consent