IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CAROLYN DECHAINE,

    Plaintiff,

v.                                           No. 1:23-cv-01134-KRS-LF

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.

**STIPULATED ORDER ON
DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
ON LIABILITY [DOC. 97]**

This matter came before the Court on Defendant's Motion for Partial Summary Judgment on Liability ("Motion") **[Doc. 97]** filed November 10, 2025 and Plaintiff's Response to Defendant's Motion for Partial Summary Judgment on Liability **[Doc. 110]** filed December 8, 2025. The Parties stipulate that the Motion should be granted as follows:

1.    The parties agree that Defendant LM Insurance Corporation is not the proximate cause of Plaintiff's water damage to the home located at 2856 Pueblo Bonito in Santa Fe, NM (the "subject property.").

2.    The parties agree that Defendant LM Insurance Corporation is not responsible for the water damage to the subject property.

3.    The parties agree that this Stipulated Order does not foreclose Plaintiff's claim for non-economic damages that Plaintiff alleges were caused by the termination of coverage under the homeowner's insurance policy issued by Defendant (Policy No. H35-291-101013-7004).

4.    The parties agree that this Stipulated Order does not resolve the other pending Motions for Summary Judgment (Docs. 98 and 100).

IT IS SO ORDERED this 9th day of January, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted:

**RILEY | KELLER | GONZALES**
By: */s/ Taryn M. Kaselonis*
**TARYN M. KASELONIS**
**PABLO A. SEIFERT**
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
tkaselonis@rileynmlaw.com
pseifert@rileynmlaw.com
*Attorneys for Liberty Mutual*

Approved:

By: *Scott Fuqua (via email 1/9/26)*
**SCOTT FUQUA**
FUQUA LAW & POLICY, P.C.
P.O. Box 32015
Santa Fe, NM  87594
scott@fuqualawpolicy.com